1   SCHIFF HARDIN LLP
    WILLIAM J. CARROLL (CSB #118106)
2   wcarroll@schiffhardin.com
    LINDSEY N. BERG (CSB #285109)
3   lberg@schiffhardin.com
    One Market, Spear Street Tower
4   Thirty-Second Floor
    San Francisco, CA  94105
5   Telephone:    (415) 901-8700
    Facsimile:    (415) 901-8701
6
    Attorneys for Defendant
7   FEDEX GROUND PACKAGE SYSTEM, INC.

8                    UNITED STATES DISTRICT COURT

9                   CALIFORNIA NORTHERN DISTRICT

10                        SAN JOSE DIVISION

11

12  MENDES, et al.,                    Case No. 4:14-cv-03826-SI

13            Plaintiffs,              **STIPULATION AND ~~[PROPOSED]~~ ORDER
                                       TO AMEND COMPLAINT**
14       v.
                                       Complaint Filed:   August 22, 2014
15  FEDEX GROUND PACKAGE SYSTEM,       Judge:            Hon. Susan Illston
    INC.,
16
            Defendant.
17

18

19       Plaintiffs Costaneira Transport, Inc., KR Express, Inc., Hiram Mendes, and Kim Raney

20  (collectively, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("Defendant"), by

21  and through their respective attorneys of record have met and conferred and agreed to the

22  following stipulation:

23       (1)    Plaintiffs filed their initial Complaint in this action on August 22, 2014.

24       (2)    Defendant filed its Motion to Dismiss Plaintiffs' Complaint pursuant to Federal

25  Rule of Civil Procedure ("FRCP") 12(b)(6) on October 17, 2014.

26       (3)    In view of the arguments raised in Defendant's motion, Plaintiffs wish to amend

27  their Complaint.  A redlined version of Plaintiffs' proposed First Amended Complaint is attached

28  as Exhibit A.  Defendant does not object to the filing of the proposed amended complaint.

SCHIFF HARDIN LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1        (4)      Plaintiffs will file their First Amended Complaint by November 21, 2014.

2        (5)      This stipulation is without prejudice to Defendant's right to challenge the

3   sufficiency of the allegations of the First Amended Complaint by means of a motion pursuant to

4   FRCP 12(b)(6), or otherwise.  Defendant will withdraw its pending Motion to Dismiss the

5   original Complaint as moot.

6

7        **IT IS SO STIPULATED.**

8   Dated:  November 14, 2014                    SCHIFF HARDIN LLP

9

10                                               By: */s/ William J. Carroll*

11                                                   WILLIAM J. CARROLL
                                                     LINDSEY N. BERG
12                                                   Attorneys for Defendant
                                                     FEDEX GROUND PACKAGE SYSTEM,
13                                                   INC.

14  Dated:  November 14, 2014                    THE JAFFE LAW FIRM

15

16                                               By: */s/ Stephen R. Jaffe*

17                                                   STEPHEN R. JAFFE
                                                     BAILEY K. BIFOSS
18                                                   Attorneys for Plaintiffs
                                                     COSTANEIRA TRANSPORT, INC., KR
19                                                   EXPRESS, INC., HIRAM MENDES, and
                                                     KIM RANEY

20

21

22

23

24

25

26

27

28                                        - 2 -                CASE NO. 4:14-cv-03826-SI

**CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  November 14, 2014                    SCHIFF HARDIN LLP


                                             By: */s/ William J. Carroll*
                                             _____
                                             WILLIAM J. CARROLL
                                             Attorneys for Defendant
                                             FEDEX GROUND PACKAGE SYSTEM,
                                             INC.


**PURSUANT TO THE PARTIES' STIPULATION, IT IS HEREBY ORDERED:**

(1)     Plaintiffs are granted leave to file the proposed First Amended Complaint by November 21, 2014.

Dated:  11/17/14
                                             _____
                                             HON. SUSAN ILLSTON

- 3 -                                        CASE NO. 4:14-cv-03826-SI