SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
LINDSEY N. BERG (CSB #285109)
lberg@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:     (415) 901-8700
Facsimile:      (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| MENDES, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>          Defendant. | Case No. 4:14-cv-03826-SI<br><br>**STIPULATION AND [P~~ROPOS~~ED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:  August 22, 2014<br>Judge:                   Hon. Susan Illston |

Pursuant to Local Rules 16-2(e) and 7-12, Plaintiffs Costaneira Transport, Inc., KR Express, Inc., Hiram Mendes, and Kim Raney (collectively, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("Defendant"), by and through their respective attorneys of record have met and conferred and agreed to the following stipulation:

(1)     Plaintiffs filed their First Amended Complaint in this action on November 19, 2014.

(2)     Defendant filed its Motion to Dismiss Plaintiffs' First Amended Complaint pursuant to Federal Rule of Civil Procedure ("FRCP") 12(b)(6) on December 2, 2014. The hearing on Defendant's Motion to Dismiss is scheduled for January 16, 2015 at 9:00 a.m.

(3)     The Initial Case Management Conference in this matter is currently scheduled for

1  January 16, 2015 at 2:30 p.m.

2       (4)    Because Defendant's pending Motion to Dismiss may impact some or all of the
3  claims asserted in the First Amended Complaint, in the interest of efficiency the parties jointly
4  request that the initial Case Management Conference (and associated deadlines for initial
5  disclosures and preparation of a Joint Case Management Conference Statement) be continued to a
6  date after the Court's ruling on Defendant's Motion to Dismiss, as determined by the Court.

7           **IT IS SO STIPULATED.**

Dated:  December 8, 2014           SCHIFF HARDIN LLP

By: */s/ William J. Carroll*
    WILLIAM J. CARROLL
    LINDSEY N. BERG
    Attorneys for Defendant
    FEDEX GROUND PACKAGE SYSTEM, INC.

Dated:  December 8, 2014           THE JAFFE LAW FIRM

By: */s/ Stephen R. Jaffe*
    STEPHEN R. JAFFE
    BAILEY K. BIFOSS
    Attorneys for Plaintiffs
    COSTANEIRA TRANSPORT, INC., KR EXPRESS, INC., HIRAM MENDES, and KIM RANEY

## CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5.1(i)(3)

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 8, 2014                    SCHIFF HARDIN LLP


By: */s/ William J. Carroll*
WILLIAM J. CARROLL
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.


**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

(1)   The Case Management Conference is continued to 2/13/15, 2015, commencing at 2:30 p.m. in Courtroom 10, 19th Floor in San Francisco; and

(2)   A Joint Case Management Statement will be filed 7 days prior to the Conference.

Dated: 12/10/14

*/s/ Susan Illston*
HON. SUSAN ILLSTON

33958-0030
SF\321277876.1