UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIRAM MENDES, et al.,<br><br>    Plaintiffs,<br><br>   v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | Case No. 14-cv-03826-SI<br><br>**ORDER RE: DEADLINE FOR FILING AMENDED COMPLAINT**<br><br>Re: Dkt. No. 23 |

This Court's Order Granting Motion to Dismiss (Dkt. No. 28) inadvertently omitted the date by which any amended complaint must be filed.

Accordingly, plaintiffs are informed that **any amended complaint must be filed on or before January 30, 2015.**

**IT IS SO ORDERED**.

Dated: January 15, 2015

SUSAN ILLSTON
United States District Judge