SCHIFF HARDIN LLP
WILLIAM J. CARROLL (CSB #118106)
wcarroll@schiffhardin.com
LINDSEY N. BERG (CSB #285109)
lberg@schiffhardin.com
One Market, Spear Street Tower
Thirty-Second Floor
San Francisco, CA 94105
Telephone:    (415) 901-8700
Facsimile:    (415) 901-8701

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

CALIFORNIA NORTHERN DISTRICT

| | |
|---|---|
| MENDES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>FEDEX GROUND PACKAGE SYSTEM, INC.,<br><br>    Defendant. | Case No. 4:14-cv-03826-SI<br><br>**VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>Complaint Filed:   August 22, 2014<br>Judge:                    Hon. Susan Illston |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure ("FRCP"), Plaintiffs Costaneira Transport, Inc., KR Express, Inc., Hiram Mendes, and Kim Raney (collectively, "Plaintiffs") and Defendant FedEx Ground Package System, Inc. ("Defendant") hereby voluntarily stipulate to dismiss Plaintiffs' First Amended Complaint in this action, with

///
///
///
///
///
///
///
///

prejudice. Each party shall bear its own costs, interest and attorney fees.

**IT IS SO STIPULATED.**

Dated: January 30, 2015                           SCHIFF HARDIN LLP


By: */s/ William J. Carroll*
    WILLIAM J. CARROLL
    LINDSEY N. BERG
    Attorneys for Defendant
    FEDEX GROUND PACKAGE SYSTEM, INC.

Dated: January 30, 2015                           THE JAFFE LAW FIRM


By: */s/ Stephen R. Jaffe*
    STEPHEN R. JAFFE
    BAILEY K. BIFOSS
    Attorneys for Plaintiffs
    COSTANEIRA TRANSPORT, INC., KR EXPRESS, INC., HIRAM MENDES, and KIM RANEY

GRANTED
Judge Susan Illston
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

VOLUNTARY STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

**CERTIFICATION OF COMPLIANCE WITH N.D. L.R. 5.1(i)(3)**

I hereby certify that pursuant to N.D. Cal. L.R. 5.1(i)(3), I have obtained authorization from the above signatories to file the above-referenced document, and that the above signatories concur in the filing's content.

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: January 30, 2015　　　　　　　　　　SCHIFF HARDIN LLP

By: */s/ William J. Carroll*
WILLIAM J. CARROLL
Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.

33958-0030
SF\321335981.1